# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2641

_____

| | | |
|---|---|---|
| Terry L. Gerber, in propria persona, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Western District of Missouri. |
| United States of America, | * | |
| | * | **[UNPUBLISHED]** |
| Appellee. | * | |

_____

Submitted: April 13, 2000
Filed: April 21, 2000

_____

Before LOKEN, FAGG, and HANSEN, Circuit Judges

_____

PER CURIAM.

Terry L. Gerber appeals the district court's[1] grant of summary judgment for the United States in this injunctive-relief and quiet-title action. Having carefully reviewed the record and the parties' submissions, we conclude that the district court properly granted the United States summary judgment for the reasons stated in the district court's order. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The HONORABLE SARAH W. HAYS, United States Magistrate Judge for the Western District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

A true copy.

Attest:

      CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.